JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 10-1828 JVS (RNBx) | Date | December 14, 2010 |
|---|---|---|---|

| Title | Deutsche Bank National Trust Company v. Bello |
|---|---|

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(In Chambers)**    Order Remanding Action to Superior Court of the State of California for the County of Orange

On December 3, 2010 the Court ordered Defendant Fernando A. Bello ("Bello") to show cause why this matter should not be remanded to the Superior Court of the State of California for the County of Orange for want of jurisdiction. (Docket No. 3.) The Court advised Bello: **"A failure to respond to this order will result in remand of this action to the Superior Court of the State of California**.." (Id.; bold in original.)

No response having been filed, the Court remands this case to the Superior Court of the State of California for the County of Orange.

: 00

Initials of Preparer    kjt